IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

F. MICHAEL DOUGLAS and            )
MARIE-PAUL DOUGLAS,               )
                                  )
            Plaintiffs,           )
                                  )
      vs.                         )   Civil Action No. 05-1468
                                  )
VIGILANT INSURANCE COMPANY and    )
THE CHUBB GROUP OF INSURANCE      )
COMPANIES,                        )
                                  )
            Defendants.           )

ORDER

AND NOW, this 27th day of July, 2007, upon consideration of the Motion for Partial Summary Judgment filed by Defendants Vigilant Insurance Company and The Chubb Group of Insurance Companies (Document No. 29), Defendants' Brief in Support thereof (Document No. 30), Defendants' Statement of Material Facts (Document No. 31), Plaintiffs' Brief in Opposition (Document No. 32), Plaintiffs' Concise Statement of Material Facts (Document No. 33), Plaintiffs' Exhibits in Support of Concise Statement of Material Facts (Document No. 34), Defendants' Reply Brief (Document No. 36) and Defendants' Responsive Concise Statement of Material Facts (Document No. 37),

IT IS HEREBY ORDERED that Summary Judgment is entered in favor of defendant The Chubb Group of Companies given plaintiff's agreement (see Document No. 32, pages 8 and 9) and the holdings in Totty v. Chubb Corporation d/b/a The Chubb Group of Insurance Companies & Great Northern Insurance Company, Civil Action No. 05-

111 and <u>Lockhart v. Federal Insurance Company v. Chubb & Son, Inc.</u>, 1998 WL 15109 (E.D. Pa 1998).

IT IS FURTHER ORDERED that a Hearing for Oral Argument on the remainder of the above stated Motion for Partial Summary Judgment is scheduled for Friday, August 3, 2007 at 11:00 a.m., in Courtroom 5B, Fifth Floor, United States Post Office & Courthouse, Pittsburgh, Pennsylvania.

_____
United States District Judge

cc/ecf:   All parties of Record